UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

**Sharon Harris**  **Joseph Musso**
Clerk  Chief Deputy Clerk

| | |
|---|---|
| **Patricia McNutt, et al** } | |
| } | |
| **Plaintiff (s)** } | |
| v. } | Case Number:  **4:15-CV-0221-VEH** |
| } | |
| **Community Health Systems, Inc., et al** } | |
| } | |
| **Defendant (s)** } | |

NOTICE OF REASSIGNMENT

The above-styled civil action has been reassigned to the **Honorable Judge Karon O. Bowdre.**   Please use case number **4:14-CV-0221-VEH** on all subsequent pleadings.

**DATED: February 20, 2015**

SHARON  N. HARRIS, CLERK

By:  **Joseph Colvin**
     **Deputy Clerk**

**SNH:JLC**

xc:  Judges
     Counsel